

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00367-CR

THE STATE OF TEXAS
v.
FELICIANO VILLARREAL PEREZ

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Cause No. CR-0093-91-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment that Perez' motion for judicial clemency be DISMISSED for lack of jurisdiction.

We further order this decision certified below for observance.

July 7, 2016